UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RUSSEL PATTERSON,

       Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/19/25__

24-CV-9632 (BCM)

**ORDER SCHEDULING ORAL ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will hold oral argument in this action on **March 24, 2026, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
      December 19, 2025

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**