USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/23/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RUSSEL PATTERSON,

Plaintiff,

-against-

CAROLYN W. COLVIN, *acting Commissioner of Social Security*,

Defendant.

24-CV-9632 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In accordance with Fed. R. Civ. P. 25(d), the Clerk of Court is respectfully directed to substitute Frank Bisignano, *Commissioner of Social Security*, in place of Carolyn W. Colvin, *Acting Commissioner of Social Security*, in the caption of this action.

Dated: New York, New York
       March 23, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**